**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| JAMES CODRINGTON, as Assignee of the rights of Crosstech VI, Inc., and EDWIN CORREA,<br><br>Plaintiff,<br><br>vs.<br><br>STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES,<br><br>Defendants. | 1:19-CV-00026<br><br>**ACTION FOR DAMAGES**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF SERVICE OF PLAINTIFF JAMES CODRINGTON, AS ASSIGNEE OF THE RIGHTS OF CROSSTECH, VI, INC., AND EDWIN CORREA'S DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CLARENDON AMERICAN INSURANCE COMPANY**

**PLEASE TAKE NOTICE** that Plaintiff JAMES CODRINGTON, AS ASSIGNEE OF THE RIGHTS OF CROSSTECH, VI, INC., AND EDWIN CORREA, through his respective counsel of record, has propounded his Demand for Production of Documents to the Defendant CLARENDON AMERICAN INSURANCE COMPANY, and that said documents were served upon the Defendant in the original.

                                          RESPECTFULLY SUBMITTED
                                          LEE J. ROHN AND ASSOCIATES, LLC
                                          Attorneys for Plaintiff

DATED: October 8, 2021        BY:   /s/ *Jennifer S. Koockogey-Lajoie*
                                                   Jennifer S. Koockogey-Lajoie, Esq.
                                                   VI Bar No. R2068
                                                   1108 King Street, Suite 3 (mailing)
                                                   56 King Street, Third Floor (physical)
                                                   Christiansted, St. Croix
                                                   U.S. Virgin Islands 00820
                                                   Telephone: (340) 778-8855

**LEE J. ROHN AND ASSOCIATES, LLC**
1108 King St, Ste 3
Christiansted, VI 00820
Tel: 340.778.8855
Fax: 340.773.2954
lee@rohnlaw.com

**CODRINGTON, JAMES, ET. AL. V. ARCH SPECIALTY INSURANCE COMPANY, ET. AL.**
**CIVIL NO: SX-2019-CV-00026,**
**NOTICE OF SERVICE OF PLAINTIFF JAMES CODRINGTON AS ASSIGNEE'S DEMAND FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CLARENDON**
Page 2

## **CERTIFICATE OF SERVICE**

**THIS IS TO CERTIFY** that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the electronic filing system, which will send a notification of such filing to the following:

Andrew Simpson, Esq.
Law Offices of Andrew C. Simpson, P.C.
2191 Church St., Suite 5
Christiansted, VI  00820
Email Address: asimpson@coralbrief.com
    Attorney For: CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON)

Seth Alhadeff, Esq.
Lewis Brisbois Bisgaard & Smith LLP
2 Alhambra Plaza, Suite 1110
Coral Gables, FL  33134
Email Address: seth.alhadeff@lewisbrisbois.com
    Attorney For: CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON)

BY: */s/ Jennifer S. Koockogey-Lajoie*