IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF SAINT CROIX

|  |  |
|---|---|
| JAMES CODRINGTON, as Assignee of the rights of CROSSTECH VI, Inc., TOM CROSSLAND and EDWIN CORREA, <br><br> Plaintiffs, <br> vs. <br><br> STEADFAST INSURANCE COMPANY (STEADFAST), CLARENDON AMERICAN INSURANCE COMPANY (CLARENDON), DEEP SOUTH SURPLUS OF TEXAS, L.P., and CRC SCU f/k/a CRUMP INS. SERVICES, <br><br> Defendants. | CIVIL NO.: 19-CV-0026 <br><br> ACTION FOR DAMAGES <br><br> JURY TRIAL DEMANDED |

## ORDER

**THIS MATTER** having come before this Court on Defendant Steadfast's Joinder In The Motion To Stay Discovery and this Court having reviewed the matter and being fully advised of its premises, it is hereby,

**ORDERED** that the Joinder In The Motion To Stay Discovery is GRANTED; it is further,

**ORDERED** the Defendant Steadfast joinder in the arguments, authorities, and request for relief as set out in Defendant CRC Insurance Services, Inc.'s *Motion to Stay Discovery Pending Final Adjudication of Defendant's Renewed Motion to Dismiss for Lack of Jurisdiction or, In the Alternative, Transfer Venue to Texas* (DE #182), as well as the memorandum submitted in support (DE #183), is **GRANTED**; it is further

*Codrington v. Steadfast Ins. Co., et al.*
Order Granting Steadfast's Joinder in the Motion to Stay Discovery
Page 2

**ORDERED** that a copy of this Order be served on all Parties.

**ORDERED** this \_\_\_\_ day of _____, 20\_\_\_.

_____
Judge Malachy E. Mannion,
District Court of The Virgin Islands
Division Of Saint Croix

**ATTEST**

**GLENDA LAKE**
Clerk of Court

By:_____