**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | | |
|---|---|---|
| **JAMES CODRINGTON,** *as Assignee of the rights of Crosstech VI, Inc.,* | : : : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 1:19-26** |
| v. | : | **(MANNION, D.J.)** **(HENDERSON, M.J.)** |
| **DEEP SOUTH SURPLUS OF TEXAS,** *et al.,* | : : | |
| **Defendants** | : : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's objections to the report and recommendation of Judge Henderson **(Doc. 194)** are **OVERRULED**.

**(2)** The report and recommendation of Judge Henderson **(Doc. 191)** is **ADOPTED IN ITS ENTIRETY** as the decision of the court.

**(3)** Defendant CRC's renewed motion to dismiss for lack of personal jurisdiction **(Doc. 157)** is **GRANTED.**

**(4)** CRC is hereby **DISMISSED** from this action.

**(5)** The instant action is **REMANDED** to Judge Henderson for all further pre-trial matters.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 31, 2023**
19-26-01-ORDER